IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY | § § § | PLAINTIFF |
| v. | § § | Civil Action No. 1:06cv976-HSO-JMR |
| WILLIAM AND JANE LAMB | § § | DEFENDANTS |

### FINAL JUDGMENT

This matter came on to be heard on the Motion for Summary Judgment filed by Plaintiff Liberty Mutual Insurance Company. The Court, after a full review and consideration of Plaintiff's Motion, the pleadings on file and the relevant legal authorities, finds that in accord with its Order and Reasons entered herewith,

**IT IS, ORDERED AND ADJUDGED,** that judgment is hereby rendered in favor of Plaintiff pursuant to FED. R. CIV. P. 56. Section 83-13-5 of the Mississippi Code is inapplicable to the facts of this case. Defendants' Counterclaim is hereby dismissed with prejudice. All remaining pending motions are hereby rendered moot.

**SO ORDERED AND ADJUDGED**, this the 29th day of February, 2008.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE